B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Geotest Instrument Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-2786722** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**241 S. Frontage Road**<br>**Suite 38**<br>**Burr Ridge, IL**         ZIP Code **60527** | Street Address of Joint Debtor (No. and Street, City, and State):         ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):         ZIP Code | Mailing Address of Joint Debtor (if different from street address):         ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):   **625C South Railroad Avenue Montgomery, IL 60538** | |

## Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)            Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Geotest Instrument Corp.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>      Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Geotest Instrument Corp.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ JOHN H. REDFIELD**
Signature of Attorney for Debtor(s)

**JOHN H. REDFIELD 2298090**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**October 4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Peter Bach**
Signature of Authorized Individual

**Peter Bach**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 4, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Geotest Instrument Corp.**                                                      Case No.
                                                 Debtor(s)                               Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Afiro - Centre de Formation**<br>**Avenue de Provence 22**<br>**1007 Lausanne**<br>**Switzerland** | **Afiro - Centre de Formation**<br>**Avenue de Provence 22**<br>**1007 Lausanne**<br>**Switzerland** | | | **6,397.47** |
| **Concert Group Logistics, Inc.**<br>**1430 Branding Ave.**<br>**Suite 150**<br>**Downers Grove, IL 60515** | **Concert Group Logistics, Inc.**<br>**1430 Branding Ave.**<br>**Suite 150**<br>**Downers Grove, IL 60515** | | | **12,335.50** |
| **Controls S.R.L.**<br>**6, Via Aosta - 20063**<br>**Cernusco, MI**<br>**Italy   20063** | **Controls S.R.L.**<br>**6, Via Aosta - 20063**<br>**Cernusco, MI**<br>**Italy   20063** | | | **23,797.31** |
| **Deslauriers, Inc.**<br>**28031 Network Place**<br>**Chicago, IL 60673-1280** | **Deslauriers, Inc.**<br>**28031 Network Place**<br>**Chicago, IL 60673-1280** | | | **6,411.68** |
| **Doug-Lan, LLC**<br>**P.O. Box 221**<br>**North Aurora, IL 60542** | **Doug-Lan, LLC**<br>**P.O. Box 221**<br>**North Aurora, IL 60542** | | | **23,419.44** |
| **Graham Systems**<br>**335 S. 62nd Street**<br>**West Des Moines, IA 50266** | **Graham Systems**<br>**335 S. 62nd Street**<br>**West Des Moines, IA 50266** | | | **6,247.50** |
| **Harris Bank**<br>**Harris Small Business Lending Ctr.**<br>**311 W. Monroe Street, 14th Floor**<br>**Chicago, IL 60606** | **Harris Bank**<br>**Harris Small Business Lending Ctr.**<br>**311 W. Monroe Street, 14th Floor**<br>**Chicago, IL 60606** | | | **210,000.00**<br><br>**(0.00 secured)** |
| **Humboldt Mfg. Co.**<br>**Dept # 8050**<br>**P.O. Box 87618**<br>**Chicago, IL 60680-0618** | **Humboldt Mfg. Co.**<br>**Dept # 8050**<br>**P.O. Box 87618**<br>**Chicago, IL 60680-0618** | | | **40,495.90** |
| **L R Machine Works**<br>**625E S. Railroad Ave.**<br>**Montgomery, IL 60538** | **L R Machine Works**<br>**625E S. Railroad Ave.**<br>**Montgomery, IL 60538** | | | **9,381.25** |
| **M.C. Miller Co.**<br>**11640 U.S. Highway 1**<br>**Sebastian, FL 32958** | **M.C. Miller Co.**<br>**11640 U.S. Highway 1**<br>**Sebastian, FL 32958** | | | **6,603.20** |

B4 (Official Form 4) (12/07) - Cont.

In re **Geotest Instrument Corp.**　　　　　　　　　　　　　　Case No. _____

　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Midwest Manufacturing and Dist. Inc**<br>**6025 N. Keystone Ave.**<br>**Chicago, IL 60646-5209** | **Midwest Manufacturing and Dist. Inc**<br>**6025 N. Keystone Ave.**<br>**Chicago, IL 60646-5209** | | | **11,338.00** |
| **Pinter Sheet Metal Works**<br>**1953 North Latrobe Ave.**<br>**Chicago, IL 60639** | **Pinter Sheet Metal Works**<br>**1953 North Latrobe Ave.**<br>**Chicago, IL 60639** | | | **6,475.00** |
| **Ploog Engineering Co., Inc.**<br>**814 N. Indiana Ave.**<br>**Crown Point, IN 46307** | **Ploog Engineering Co., Inc.**<br>**814 N. Indiana Ave.**<br>**Crown Point, IN 46307** | | | **23,276.19** |
| **Priority Solutions International**<br>**P.O. Box 100973**<br>**Atlanta, GA 30384-0973** | **Priority Solutions International**<br>**P.O. Box 100973**<br>**Atlanta, GA 30384-0973** | | | **7,860.68** |
| **R & L Carriers**<br>**P.O. Box 713153**<br>**Columbus, OH 43271-3153** | **R & L Carriers**<br>**P.O. Box 713153**<br>**Columbus, OH 43271-3153** | | | **7,155.47** |
| **Rutgers, State Univeristy of NJ**<br>**Accounts Payable**<br>**65 Davidson Road  Room 302**<br>**Piscataway, NJ 08854-5602** | **Rutgers, State Univeristy of NJ**<br>**Accounts Payable**<br>**65 Davidson Road  Room 302**<br>**Piscataway, NJ 08854-5602** | **Customer Deposit** | | **13,540.00** |
| **Top International Technology, Ltd.**<br>**1-3-606, 511 Zhujiang Road**<br>**Nanjing, PR CHINA (210018)** | **Top International Technology, Ltd.**<br>**1-3-606, 511 Zhujiang Road**<br>**Nanjing, PR CHINA (210018)** | **Customer Deposit** | | **13,515.26** |
| **Trautwein**<br>**P.O. Box 31429**<br>**Houston, TX 77231** | **Trautwein**<br>**P.O. Box 31429**<br>**Houston, TX 77231** | | | **19,800.14** |
| **Troxler Electronic Laboratories**<br>**P.O. Box 12057**<br>**Research Triangle Park, NC 27709** | **Troxler Electronic Laboratories**<br>**P.O. Box 12057**<br>**Research Triangle Park, NC 27709** | | | **8,725.00** |
| **UPS**<br>**Lock Box 577**<br>**Carol Stream, IL 60132-0577** | **UPS**<br>**Lock Box 577**<br>**Carol Stream, IL 60132-0577** | | | **13,214.37** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Geotest Instrument Corp.**                                      Case No.
_____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 4, 2011**              Signature  **/s/ Peter Bach**
                                                                 **Peter Bach**
                                                                 **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

3-D Polymers
13026 S. Normandie
Gardena, CA 90249

AMS
100 Harrison Street
American Falls, ID 83211

Cat-I Manufacturing, Inc.
P.O. Box 208
South Elgin, IL 60177

A.B. Growsel, LLC
1000 Arlington
La Grange, IL 60525

Anderson Brass Company
P.O. Box 63087
Dept. 4087
Charlotte, NC 28263-3087

CBC Customhouse Brokers, Inc.
P.O. Box 730
Bloomingdale, IL 60108

ACI Plastics
P.O. Box 873365
Kansas City, MO 64187

ASTM International
100 Barr Harbor Drive
P.O. Box C700
West Conshohocken, PA 19428

Central Sheet Metal, Inc.
Robert Silverstein
7251 N. Linder Ave.
Skokie, IL 60077-3295

Addagudi Exports PVT, Ltd.
Plot #60 C, Phase 1.D.A. Jeedimetla
Shapurnagar
Hyderabad 500055 INDIA

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Chase Instrument Company
86 Seabro Avenue
Amityville, NY 11701

Afiro - Centre de Formation
Avenue de Provence 22
1007 Lausanne
Switzerland

Automatic Anodizing
3340 West Newport Ave.
Chicago, IL 60618

Chicago Dial Indicator
1372 Redeker Road
Des Plaines, IL 60016

Agsco Corporation
160 W. Hintz Road
Wheeling, IL 60090

Barnstead International
P.O. Box 96752
Chicago, IL 60693

Chicago Fluid Systems Technologie
SLOT #303248
P.O. Box 66973
Chicago, IL 60666-0973

Alfa Testing Equipment, Ltd. Co.
Sokak No: 14, 88 Oto 2.
Bolge Ivedik O.S.B.
06378 ANKARA/TURKEY

Blade Technologies, Inc.
241 S. Frontage Road
Suite 38
Burr Ridge, IL 60527

Chicago Gasket Co.
1285 W. North Avenue
Chicago, IL 60622

Amazon.com
P.O. Box 81226
Seattle, WA 98108

Cambridge Environmental Products
225 Enterprise Drive
Komoka, Ontario NOL 1R0
Canada

Chicago Suburban Express, Inc.
P.O. Box 388568
Chicago, IL 60638

Amazon.com, Inc.
1200 12th Ave. South
Suite 1200
Seattle, WA 98144-2734

Caribbean Ocean Logistics
8005 NW 80 Street
Miami, FL 33166

CIMCO Communications, Inc.
Comcast Phone, LLC
16333 Collections Center Drive
Chicago, IL 60693

American Cube Mold, Inc.
1515 W. 130th Street
Building C
Hinckley, OH 44233

Carplugs
P.O. Box 104
Buffalo, NY 14240-0104

CLC Lubricants
P.O. Box 764
Geneva, IL 60134-0764

CMH, Ltd.
Unit 3, Winston Business Centre
Charwell Road, Lancing, Sussex
BN15 8TU United Kingdom

Dual Manufacturing Co., Inc.
4229 N. Elson Ave.
Chicago, IL 60618

Forney, LLC
P.O. Box 76702
Cleveland, OH 44101-6500

Comer's Welding Service, Inc.
1105 S. Lake Street
Montgomery, IL 60538

Eagle Grinding Wheel Corp.
2519 W. Fulton Street
Chicago, IL 60612

GCA
5122 Bolsa Avenue #105
Huntington Beach, CA 92649

Component Sales & Services, Inc.
P.O. Box 11009
Houston, TX 77293-1009

ENCO
400 Nevada Pacific Hwy.
Fernley, NV 89408

Geokon
48 Spencer Street
Lebanon, NH 03766

Concert Group Logistics, Inc.
1430 Branding Ave.
Suite 150
Downers Grove, IL 60515

Engineered Specialty Products
3295 Cobb International Blvd.
Kennesaw, GA 30152

Geonor, Inc.
P.O. Box 903
Milford, PA 18337

Controlenergy S.A. - Ecuador
Ruc: 0992326891001
Veracruz, No. 35-220 y Av. Republic
Piso 5 Oficina 501-502 Quito ECUADO

Ernest H. Krause
444 N. Pioneer Drive
Addison, IL 60101-2124

Geosys Engineering LLC
323 Oak Ave.
Lockport, IL 60441

Controls S.R.L.
6, Via Aosta - 20063
Cernusco, MI
Italy 20063

Euclid Managers
234 Spring Lake Drive
Itasca, IL 60143

Gilson Company, Inc.
P.O. Box 337
Powell, OH 43065-0337

Data Pro International Inc.
1144 N.W. 52nd Street
Seattle, WA 98107

Evanston Signs & Graphics, Inc.
1000 Foster Street
Evanston, IL 60201

Go Hubs, Inc.
1410 Highland Road
Suite 9
Macedonia, OH 44056

Deslauriers, Inc.
28031 Network Place
Chicago, IL 60673-1280

Fann Instrument Company
15112 Morales Road
Gate 7
Houston, TX 77032

Gordon Engineering & Services Co
P.O. Box 73233
Richmond, VA 23235

Despatch Industries, Inc.
8860 207th Street West
Lakeville, MN 55044

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Graham Systems
335 S. 62nd Street
West Des Moines, IA 50266

Doug-Lan, LLC
P.O. Box 221
North Aurora, IL 60542

FedEx Freight
P.O. Box 10306
Palatine, IL 60055-0306

Grainger
2221 N. Elston
Palatine, IL 60038

Harris Bank
Harris Small Business Lending Ctr.
311 W. Monroe Street, 14th Floor
Chicago, IL 60606

Karol Warner
415 Headquarters Drive
Suite 6
Millersville, MD 21108

Man-U-Fab, Inc.
3025 Bailey Rd.
Newport, MN 55055

Helander Metal Spinning Co.
931 N. Ridge Avenue
P.O. Box 1824
Lombard, IL 60148-1208

KBC Tools, Inc.
910 Busse Road
Elk Grove Village, IL 60007

Marsh Bellfrom Corporation
P.O. Box 70670
Cleveland, OH 44190-0670

HGF Scientific, Inc.
13130 Stafford Rd.
Suite 175
Stafford, TX 77477-4536

Kendall County Record, Inc.
222 S. Bridge Street
Yorkville, IL 60560

Master Gauge Company
1150 West Grand Ave.
Chicago, IL 60622

Houghton Manufacturing Company
213 W. Highway ST
Vicksburg, MI 49097

L R Machine Works
625E S. Railroad Ave.
Montgomery, IL 60538

Matest S.R.L
Unipersohnale Via delle Industrie
25 Trevilol (BG)   Italy
24048

Humboldt Mfg. Co.
Dept # 8050
P.O. Box 87618
Chicago, IL 60680-0618

Lab Connections
P.O. Box 3704
Saint Augustine, FL 32085

MCM Electronics
650 Congress Park Drive
Centerville, OH 45459

Imperial Realty Company
4747 W. Peterson Ave.
Chicago, IL 60646

Lafayette Instrument Co., Inc.
P.O. Box 5729
La Fayette, IN 47903

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

Intelligent Weighing Technology
5528 Everglades Street
Suite B
Ventura, CA 93003

Larry Knowlton
Houghton Manufacturing Company
213 W. Highway Street
Vicksburg, MI 49097

Metal Arts Finishing, Inc.
1001 W. Lake St.
Aurora, IL 60506

Irmca
303 Laandmark Drive
Suite 1A
Normal, IL 61761

Lemoi Ace Hardware
1008 Davis Street
Evanston, IL 60201

MHC Industrial Supply
115, Qiuyand Road Chengyang Dist
Qingdao China 266109

Jay D. Woldenberg
Department #8050
P.O. Box 87618
Chicago, IL 60680-0618

Little Beaver, Inc.
2009 S. Houston
Livingston, TX 77351

Midwest Manufacturing and Dist. In
6025 N. Keystone Ave.
Chicago, IL 60646-5209

Jaybird Manufacturing, Inc.
2595-B Clyde Ave.
State College, PA 16801

M.C. Miller Co.
11640 U.S. Highway 1
Sebastian, FL 32958

Minarik Corporation
23605 Network Place
Chicago, IL 60673-1236

Motion Industries, Inc.
P.O. Box 98412
Chicago, IL 60693

Petersen Bros. Plastics, Inc.
2929 N. Pulaski Road
Chicago, IL 60641

Quincy Lab, Inc.
1925 N. Leamington Ave.
Chicago, IL 60639

Multiquip, Inc.
23688 Network Place
Chicago, IL 60673-1633

Pierce, Riesbeck & Associates
16W485 Frontge Rd.
Suite 310
Burr Ridge, IL 60527

R & L Carriers
P.O. Box 713153
Columbus, OH 43271-3153

Neopost, Inc.
P.O. Box 45800
San Francisco, CA 94145-0800

Pinter Sheet Metal Works
1953 North Latrobe Ave.
Chicago, IL 60639

R & L Global Logistics
P.O. Box 405939
Atlanta, GA 30384-5939

Newark
P.O. Box 94151
Palatine, IL 60094-4151

Plano Molding Co.
Attn: Susan Noles
P.O. Box 71675
Chicago, IL 60694-1675

R & M Trucking Co.
3720 River Road
Suite 100
Franklin Park, IL 60131

North American
2101 Claire Court
Glenview, IL 60025

Ploog Engineering Co., Inc.
814 N. Indiana Ave.
Crown Point, IN 46307

Rainhart Co. Testing Equipment
P.O. Box 4533
Austin, TX 78765

OFI Testing Equipment, Inc.
11302 Steeplecrest Drive
Houston, TX 77065

Poly Science Preston Industries
4670 Payshpere Circle
Chicago, IL 60674

Reliable Container Inc.
210 S. Addison Road
Addison, IL 60101

Omnimetrix
20290 Lakeshore Road Baie
D'Urfe, (QC) 1P7

Precision Screen Specialties, Inc.
3905 Commerce Drive
Saint Charles, IL 60174

Rimac Tools
P.O. Box 365
Manlius, NY 13104

Orbeco-Hellige, Inc.
6456 Parkland Drive
Sarasota, FL 34243

Priority Solutions International
P.O. Box 100973
Atlanta, GA 30384-0973

RLC Instrument Co.
1410 HIghland Road
Suite 9
Macedonia, OH 44056

Paragon
2011 South Town East Blvd.
Mesquite, TX 75149-0646

Quartet Copies
825 Clark Street
Evanston, IL 60201

Romus Incorporated
932 Central Ave.
Roselle, IL 60172

Patrick J. Conner
5643 N. Mason
Chicago, IL 60646

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

Royal Steel Ball Products
P.O. Box 901
Sterling, IL 61081

Rutgers, State University of NJ
Accounts Payable
65 Davidson Road  Room 302
Piscataway, NJ 08854-5602

Technical Glass Products, Inc.
243 E. Blackwell St.
Dover, NJ 07801

Tunco Manufacturing, Inc.
P.O. Box 429
Flowery Branch, GA 30542

Salem Tool Company
7811 Salem Rd.
Northville, MI 48168

Test Equipment Depot Fotronic Corp.
99 Washington Street
Melrose, MA 02176-6024

United Healthcare Insurance Co.
Dept. CH 10151
Palatine, IL 60055-0151

Sears
P.O. Box 183082
Columbus, OH 43218-3081

The Vollratch Co., LLC
1236 N. 18th Street
Sheboygan, WI 53081

United Scientific Supplies, Inc.
3055 N. Oak Grove Ave.
Waukegan, IL 60087

Servo Systems Co.
115 Main Road
P.O. Box 97
Montville, NJ 07045-0097

The Vollrath Company, LLC
BIN# 88356
Milwaukee, WI 53288-0356

UPS
Lock Box 577
Carol Stream, IL 60132-0577

Silverado Trading Co.
Hong Yang Commercial Bldg 25
Room 303A
Bejing 100055 CHINA

Thermatest of Ohio, Inc.
35088 Fairway Drive
Avon, OH 44011

UPS Freight
28013 Network Place
Chicago, IL 60673-1280

Sper Scientific, Ltd.
7720 E. Redfield
Suite 7
Scottsdale, AZ 85260

Thermo Works, Inc.
165 N. 1330 W. #A1
Orem, UT 84057

UPS-611902
Lockbox 577
Carol Stream, IL 60132-0577

Sprint
P.O. Box 8077
London, KY 40742

Top International Technology, Ltd.
1-3-606, 511 Zhujiang Road
Nanjing, PR CHINA (210018)

ValueTronics International, Inc.
1675 Cambridge Drive
Elgin, IL 60123

SPX Hydraulic Technologies
P.O. Box 402183
Atlanta, GA 30384-2183

Totalcomp, Inc.
13-01 Pollitt Drive
Fair Lawn, NJ 07410

VAR Resources
2330 Interstate 30
Mesquite, TX 75150

SPX Service Solutions
P.O. Box 406799
Atlanta, GA 30384-6799

Trautwein
P.O. Box 31429
Houston, TX 77231

Variety Glass, Inc.
201 Foster Avenue
Cambridge, OH 43725

State Farm Insurance Co.
P.O. Box 680001
Dallas, TX 75368-0001

Troxler Electronic Laboratories
P.O. Box 12057
Research Triangle Park, NC 27709

Victory Glass, Inc.
3260 UTE Avenue
Waukee, IA 50263

W.S. Tyler
P.O. Box 631443
Cincinnati, OH 45263-1443

Waste Management of Illinois
P.O. Box 4648
Carol Stream, IL 60197-4648

Wilkens-Anderson
4525 W. Division
Chicago, IL 60651

Zoli Maurizio
Via De Gasperi 10-48011
Alfonsine (RA) ITALY

Zwick GmbH & Co. KG
August-Nagel-Str. 11
89079 Ulm
Germany