UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| GEOTEST INSTRUMENT CORP., ) | Case No. 11- 40432 |
| an Illinois corporation, ) | Judge Timothy A. Barnes |
| ) | |
| Debtor/Debtor-in-Possession. ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the **23rd day of October 2012 at 10:30 a.m.,** or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the room usually occupied by him as courtroom 642 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Debtor's Final Report and Motion For Final Decree Closing Case**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/John H. Redfield
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK   )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached Service List, via U.S. Mail, postage pre-paid and properly addressed, on the 3rd day of October, 2012, before the hour of 5:00 p.m.

/s/John H. Redfield

## SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Geotest Instrument Corp.
c/o Peter Bach
241 S. Frontage Road, Suite 38
Burr Ridge, IL 60527

Kurt M. Carlson
CARLSON DASH, LLC
216 S. Jefferson St., Suite 504
Chicago, IL 60661

Harris Bank
Attn: Colleen Hennessy, R.A.
111 W. Monroe St., 22nd Fl.
Chicago, IL 60603

Harris Bank
Attn: Erin Dougherty
111 W. Monroe Street
Chicago, IL 60603

3-D Polymers
13026 S. Normandie
Gardena, CA 90249

A.B. Growsel, LLC
1000 Arlington
La Grange, IL 60525

ACI Plastics
P.O. Box 873365
Kansas City, MO 64187

Addagudi Exports PVT, Ltd.
Plot #60 C, Phase 1.D.A. Jeedimetla
Shapurnagar
Hyderabad 500055 INDIA

Afiro - Centre de Formation
Avenue de Provence 22
1007 Lausanne
Switzerland

Agsco Corporation
160 W. Hintz Road
Wheeling, IL 60090

Alfa Testing Equipment, Ltd. Co.
Sokak No: 14, 88 Oto 2.
Bolge Ivedik O.S.B.
06378 ANKARA/TURKEY

Amazon.com
P.O. Box 81226
Seattle, WA 98108

Amazon.com, Inc.
1200 12th Ave. South
Suite 1200
Seattle, WA 98144-2734

American Cube Mold, Inc.
1515 W. 130th Street
Building C
Hinckley, OH 44233

AMS
105 Harrison Street
American Falls, ID 83211

Anderson Brass Company
P.O. Box 63087
Dept. 4087
Charlotte, NC 28263-3087

ASTM International
100 Barr Harbor Drive
P.O. Box C700
West Conshohocken, PA 19428

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Automatic Anodizing
3340 West Newport Ave.
Chicago, IL 60618

Barnstead International
P.O. Box 96752
Chicago, IL 60693

1

Blade Technologies, Inc.
241 S. Frontage Road
Suite 38
Burr Ridge, IL 60527

Cambridge Environmental Products
225 Enterprise Drive
Komoka, Ontario N0L 1R0
Canada

Caribbean Ocean Logistics
8005 NW 80 Street
Miami, FL 33166

Carplugs
P.O. Box 104
Buffalo, NY 14240-0104

Cat I Manufacturing, Inc.
P.O. Box 208
South Elgin, IL 60177

CBC Customhouse Brokers, Inc.
P.O. Box 730
Bloomingdale, IL 60108

Central Sheet Metal, Inc.
Robert Silverstein
7251 N. Linder Ave.
Skokie, IL 60077-3295

Chase Instrument Company
86 Seabro Avenue
Amityville, NY 11701

Chicago Dial Indicator
1372 Redeker Road
Des Plaines, IL 60016

Chicago Fluid Systems Technologies
SLOT #303248
P.O. Box 66973
Chicago, IL 60666-0973

Chicago Gasket Co.
1285 W. North Avenue
Chicago, IL 60622

Chicago Suburban Express, Inc.
P.O. Box 388568
Chicago, IL 60638

CIMCO Communications, Inc.
Comcast Phone, LLC
16333 Collections Center Drive
Chicago, IL 60693

CLC Lubricants
P.O. Box 764
Geneva, IL 60134-0764

CMH, Ltd.
Unit 3, Winston Business Centre
Charwell Road, Lancing, Sussex
BN15 8TU United Kingdom

Comer's Welding Service, Inc.
1105 S. Lake Street
Montgomery, IL 60538

Component Sales & Services, Inc.
P.O. Box 11009
Houston, TX 77293-1009

Concert Group Logistics, Inc.
1430 Branding Ave.
Suite 150
Downers Grove, IL 60515

Controlenergy S.A. - Ecuador
Ruc: 0992326891001
Veracruz, No. 35-220 y Av. Republic
Piso 5 Oficina 501-502 Quito ECUADO

Controls S.R.L.
6, Via Aosta - 20063
Cernusco, MI
Italy   20063

Data Pro International Inc.
1144 N.W. 52nd Street
Seattle, WA 98107

Deslauriers, Inc.
28031 Network Place
Chicago, IL 60673-1280

Despatch Industries, Inc.
8860 207th Street West
Lakeville, MN 55044

Doug-Lan LLC
P.O. Box 221
North Aurora, IL 60542

1

Doug-Lan, LLC
P.O. Box 221
North Aurora, IL 60542

Dual Manufacturing Co., Inc.
4211-13 N. Elson Ave.
Chicago, IL 60618

Eagle Grinding Wheel Corp.
2519 W. Fulton Street
Chicago, IL 60612

ENCO
400 Nevada Pacific Hwy.
Fernley, NV 89408

Engineered Specialty Products
3295 Cobb International Blvd.
Kennesaw, GA 30152

Ernest H. Krause
444 N. Pioneer Drive
Addison, IL 60101-2124

Euclid Managers
234 Spring Lake Drive
Itasca, IL 60143

Evanston Signs & Graphics, Inc.
1000 Foster Street
Evanston, IL 60201

Fann Instrument Company
15112 Morales Road
Gate 7
Houston, TX 77032

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

FedEx Freight
P.O. Box 10306
Palatine, IL 60055-0306

Forney, LLC
P.O. Box 76702
Cleveland, OH 44101-6500

GCA
5122 Bolsa Avenue #105
Huntington Beach, CA 92649

Geokon
48 Spencer Street
Lebanon, NH 03766

Geonor, Inc.
P.O. Box 903
Milford, PA 18337

Geosys Engineering LLC
323 Oak Ave.
Lockport, IL 60441

Gilson Company, Inc.
P.O. Box 337
Powell, OH 43065-0337

Go Hubs, Inc.
1410 Highland Road
Suite 9
Macedonia, OH 44056

Gordon Engineering & Services Co.
P.O. Box 73233
Richmond, VA 23235

Graham Systems
335 S. 62nd Street
West Des Moines, IA 50266

Grainger
2221 N. Elston
Palatine, IL 60038

Harris Bank
Harris Small Business Lending Ctr.
311 W. Monroe Street, 14th Floor
Chicago, IL 60606

Helander Metal Spinning Co.
931 N. Ridge Avenue
P.O. Box 1824
Lombard, IL 60148-1208

HGF Scientific, Inc.
P.O. Box 2228
Stafford, TX 77497-2228

2

Houghton Manufacturing Company
213 W. Highway ST
Vicksburg, MI 49097

Humboldt Mfg. Co.
Dept # 8050
P.O. Box 87618
Chicago, IL 60680-0618

Imperial Realty Company
4747 W. Peterson Ave.
Chicago, IL 60646

Intelligent Weighing Technology
5528 Everglades Street
Suite B
Ventura, CA 93003

Irmca
303 Laandmark Drive
Suite 1A
Normal, IL 61761

Jay D. Woldenberg
Department #8050
P.O. Box 87618
Chicago, IL 60680-0618

Jaybird Manufacturing, Inc.
2595-B Clyde Ave.
State College, PA 16801

Karol-Warner
415 Headquarters Drive
Suite 6
Millersville, MD 21108

KBC Tools, Inc.
910 Busse Road
Elk Grove Village, IL 60007

Kendall County Record, Inc.
222 S. Bridge Street
Yorkville, IL 60560

L R Machine Works
625E S. Railroad Ave.
Montgomery, IL 60538

Lab Connections
P.O. Box 3704
Saint Augustine, FL 32085

Lafayette Instrument Co., Inc.
P.O. Box 5729
La Fayette, IN 47903

Larry Knowlton
Houghton Manufacturing Company
213 W. Highway Street
Vicksburg, MI 49097

Lemoi Ace Hardware
1008 Davis Street
Evanston, IL 60201

Little Beaver, Inc.
2009 S. Houston
Livingston, TX 77351

M.C. Miller Co.
11640 U.S. Highway 1
Sebastian, FL 32958

Man-U-Fab, Inc.
3025 Bailey Rd.
Newport, MN 55055

Marsh Bellfrom Corporation
P.O. Box 70670
Cleveland, OH 44190-0670

Master Gauge Company
1150 West Grand Ave.
Chicago, IL 60622

Matest S.R.L
Unipersohnale Via delle Industrie
25 Trevilol (BG)  Italy
24048

MCM Electronics
650 Congress Park Drive
Centerville, OH 45459

McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690

3

Metal Arts Finishing, Inc.
1001 W. Lake St.
Aurora, IL 60506

MHC Industrial Supply
115, Qiuyand Road Chengyang Distric
Qingdao China 266109

Midwest Manufacturing and Dist. Inc
6025 N. Keystone Ave.
Chicago, IL 60646-5209

Minarik Corporation
23605 Network Place
Chicago, IL 60673-1236

Motion Industries, Inc.
P.O. Box 98412
Chicago, IL 60693

Multiquip, Inc.
23688 Network Place
Chicago, IL 60673-1633

Neopost, Inc.
P.O. Box 45800
San Francisco, CA 94145-0800

Newark
P.O. Box 94151
Palatine, IL 60094-4151

North American
2101 Claire Court
Glenview, IL 60025

OFI Testing Equipment, Inc.
11302 Steeplecrest Drive
Houston, TX 77065

Omnimetrix
20290 Lakeshore Road Baie
D'Urfe, (QC) 1P7

Orbeco-Hellige, Inc.
6456 Parkland Drive
Sarasota, FL 34243

Paragon
2011 South Town East Blvd.
Mesquite, TX 75149-0646

Patrick J. Conner
5643 N. Mason
Chicago, IL 60646

Petersen Bros. Plastics, Inc.
2929 N. Pulaski Road
Chicago, IL 60641

Pierce, Riesbeck & Associates
16W485 Frontge Rd.
Suite 310
Burr Ridge, IL 60527

Pinter Sheet Metal Works
1953 North Latrobe Ave.
Chicago, IL 60639

Plano Molding Co.
Attn:  Susan Noles
P.O. Box 71675
Chicago, IL 60694-1675

Ploog Engineering Co., Inc.
814 N. Indiana Ave.
Crown Point, IN 46307

Poly Science Preston Industries
4670 Payshpere Circle
Chicago, IL 60674

Precision Screen Specialties, Inc.
3905 Commerce Drive
Saint Charles, IL 60174

Priority Solutions International
P.O. Box 100973
Atlanta, GA 30384-0973

Quartet Copies
825 Clark Street
Evanston, IL 60201

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

4

Quincy Lab, Inc.
1925 N. Leamington Ave.
Chicago, IL 60639

R & L Carriers
P.O. Box 713153
Columbus, OH 43271-3153

R & L Global Logistics
P.O. Box 405939
Atlanta, GA 30384-5939

R & M Trucking Co.
3720 River Road
Suite 100
Franklin Park, IL 60131

Rainhart Co. Testing Equipment
P.O. Box 4533
Austin, TX 78765

Reliable Container Inc.
210 S. Addison Road
Addison, IL 60101

Rimac Tools
P.O. Box 365
Manlius, NY 13104

RLC Instrument Co.
1410 HIghland Road
Suite 9
Macedonia, OH 44056

Romus Incorporated
932 Central Ave.
Roselle, IL 60172

Royal Steel Ball Products
P.O. Box 901
Sterling, IL 61081

Rutgers, State Univeristy of NJ
Accounts Payable
65 Davidson Road  Room 302
Piscataway, NJ 08854-5602

Salem Tool Company
7811 Salem Rd.
Northville, MI 48168

**Sears**
P.O. Box 183082
Columbus, OH 43218-3081

Servo Systems Co.
115 Main Road
P.O. Box 97
Montville, NJ 07045-0097

Silverado Trading Co.
Hong Yang Commercial Bldg 25
Room 303A
Bejing 100055 CHINA

Sper Scientific, Ltd.
7720 E. Redfield
Suite 7
Scottsdale, AZ 85260

Sprint
P.O. Box 8077
London, KY 40742

SPX Hydraulic Technologies
P.O. Box 402183
Atlanta, GA 30384-2183

SPX Service Solutions
P.O. Box 406799
Atlanta, GA 30384-6799

State Farm Insurance Co.
P.O. Box 680001
Dallas, TX 75368-0001

Technical Glass Products, Inc.
243 E. Blackwell St.
Dover, NJ 07801

Test Equipment Depot Fotronic Corp.
99 Washington Street
Melrose, MA 02176-6024

The Vollratch Co., LLC
1236 N. 18th Street
Sheboygan, WI 53081

The Vollrath Company, LLC
BIN# 88356
Milwaukee, WI 53288-0356

5

Thermatest of Ohio, Inc.
35088 Fairway Drive
Avon, OH 44011

Thermo Works, Inc.
165 N. 1330 W. #A1
Orem, UT 84057

Top International Technology, Ltd.
1-3-606, 511 Zhujiang Road
Nanjing, PR CHINA (210018)

Totalcomp, Inc.
13-01 Pollitt Drive
Fair Lawn, NJ 07410

Trautwein
P.O. Box 31429
Houston, TX 77231

Troxler Electronic Laboratories
P.O. Box 12057
Research Triangle Park, NC 27709

Tunco Manufacturing, Inc.
P.O. Box 429
Flowery Branch, GA 30542

United Healthcare Insurance Co.
Dept. CH 10151
Palatine, IL 60055-0151

United Scientific Supplies, Inc.
3055 N. Oak Grove Ave.
Waukegan, IL 60087

UPS
Lock Box 577
Carol Stream, IL 60132-0577

UPS Freight
28013 Network Place
Chicago, IL 60673-1280

UPS-611902
Lockbox 577
Carol Stream, IL 60132-0577

ValueTronics International, Inc.
1675 Cambridge Drive
Elgin, IL 60123

VAR Resources
2330 Interstate 30
Mesquite, TX 75150

Variety Glass, Inc.
201 Foster Avenue
Cambridge, OH 43725

Victory Glass, Inc.
3260 UTE Avenue
Waukee, IA 50263

W.S. Tyler
P.O. Box 631443
Cincinnati, OH 45263-1443

Waste Management of Illinois
P.O. Box 4648
Carol Stream, IL 60197-4648

Wilkens-Anderson
4525 W. Division
Chicago, IL 60651

Zoli Maurizio
Via De Gasperi 10-48011
Alfonsine (RA) ITALY

Zwick GmbH & Co. KG
August-Nagel-Str. 11
89079 Ulm  Germany

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Chapter 11
GEOTEST INSTRUMENT CORP., ) Case No. 11- 40432
an Illinois corporation, ) Judge Timothy A. Barnes
)
Debtor/Debtor-in-Possession. )

### DEBTOR'S MOTION FOR FINAL DECREE CLOSING CASE

GEOTEST INSTRUMENT CORP., ("Debtor"), by and through its attorney, John H. Redfield of Crane, Heyman, Simon, Welch & Clar, pursuant to Local Bankruptcy Rule 3022-1 of The United States Bankruptcy Court for the Northern District of Illinois for their Final Report and Motion to Close Case, **states as** follows:

1. On October 4, 2011, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 1334. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A)(L) and (O). Venue is proper in this district pursuant to 28 U.S.C. Sections 1408 and 1409.

3. On August 8, 2012, the Court entered an Order confirming the Debtor's Plan of Reorganization ("Plan").

4. The Debtor continues to pay BMO Harris, N.A., its secured lender, and is not scheduled to pay general unsecured creditors until July of 2013.

5. The Debtor has substantially consummated its Plan.

1

6. Copies of this Motion have been sent to the United States Trustee and the Debtor's creditors in accordance with the Local Bankruptcy Rule 3022-1 of The United States Bankruptcy Court For the Northern District of Illinois.

WHEREFORE, GEOTEST INSTRUMENT CORP., request this Court enter an Order:

A. Closing the Case; and

B. Granting such further relief as the Court deems appropriate.

Respectfully submitted,
GEOTEST INSTRUMENT CORP.,
Debtor and Debtor in Possession

By: /s/John H. Redfield
One of Its Attorneys

**DEBTOR'S COUNSEL**:
JOHN H. REDFIELD (Atty. No. 2298090)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\JHR\Geotest\Final Decree MOT.wpd